JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** D. Mass.          **Category No.** II          **Investigating Agency** FBI

**City** Natick                          **Related Case Information:**

**County** Middlesex                     Superseding Ind./ Inf. _____ Case No. _____
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**               Is this case related to an existing criminal action pursuant to Rule
                                         40.1(h)? If yes, case number 20-CR-10263-PBS          ☑ Yes   ☐ No

**Defendant Name** eBay Inc.                                             Juvenile:   ☐ Yes   ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name:** _____

**Address:** 2025 Hamilton Avenue San Jose, California 95125

**Birth date (Yr only):** N/A     **SSN (last 4#):** N/A     **Sex:** N/A     **Race** N/A     **Nationality:** N/A

**Defense Counsel if known:** Jack Pirozzolo, Esq.          **Address:** 60 State Street, 36th Floor

**Bar Number:** _____                                        Boston, MA 02109

**U.S. Attorney Information**

**AUSA:** Seth B. Kosto                              **Bar Number if applicable:** _____

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**     N/A

**Arrest Date:**     N/A

☐ Already in Federal Custody as of     N/A     in _____ .
☐ Already in State Custody at N/A          ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   N/A          on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

**Date:** 1/11/2024          **Signature of AUSA:**   SETH KOSTO   Digitally signed by SETH KOSTO
Date: 2024.01.09 10:48:11
-05'00'

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    eBay Inc.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2261A(1)(B) | Stalking through Interstate Travel | 1, 2 |
| Set 2 | 18 U.S.C. § 2261A(2)(B) | Stalking through Electronic Communications Services | 3, 4 |
| Set 3 | 18 U.S.C. § 1512(b)(3) | Witness Tampering | 5 |
| Set 4 | 18 U.S.C. § 1519 | Destruction or Alteration of Records | 6 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

The Information is filed with a Deferred Prosecution Agreement between the government and the defendant.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013