

**U.S. Department of Justice**

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 11, 2024

HAND DELIVERY

Clerk
United States District Court
  for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

      Re:    Request for Assignment of Related Criminal Case
              *United States v. eBay Inc.*

To Whom It May Concern:

      I enclose for filing with the Court a Deferred Prosecution Agreement between the United States and eBay Inc., a Delaware corporation ("eBay"), and a criminal Information charging eBay with violations of 18 U.S.C. § 2261A(1)(B) (stalking through interstate travel); 18 U.S.C. § 2261A(2)(B) (stalking through electronic communications services); 18 U.S.C § 1512(b)(3) (witness tampering); and 18 U.S.C. § 1519 (destruction or alteration of records). I respectfully request that the case be assigned to a judge of the Court for further proceedings.

      I hereby certify, pursuant to Local Rule 40.1(c)(5)(B), that the above matter is related to the Indictment in *United States v. Baugh et al.*, 20-cr-10263, which is assigned to the Honorable Patti B. Saris, United States District Judge, because the two cases arise out of the same, or substantially similar transactions and events. *See* Local Rule 40.1(h)(1)(A). Not more than two years have lapsed since the closing of the *Baugh* matter assigned to Judge Saris.

Please contact the undersigned Assistant United States Attorney if you have any questions.

Sincerely,

JOSHUA S. LEVY
Acting United States Attorney

By: SETH KOSTO
Digitally signed by SETH KOSTO
Date: 2024.01.09 11:10:18 -05'00'

SETH B. KOSTO
Assistant United States Attorney

Enclosures

cc: Jack Pirozzolo, Esq., counsel to eBay Inc. (by email w/enclosures)